CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Maya.Karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-cr-00221-CRB |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | |
| SATISH APPALAKUTTY, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant SATISH APPALAKUTTY, that time be excluded under the Speedy Trial Act from June 1, 2026, through July 22, 2026.

At the status held on June 1, 2026, the government moved for exclusion of time under the Speedy Trial Act so that the defendant could obtain retained counsel and once retained, defense counsel could prepare. For this reason and as further stated on the record at the status conference, the Court ordered that excluding time until July 22, 2026, would allow for the effective preparation of counsel and that the government should file a stipulation or motion. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). On June 16, 2026, Ms. Naomi Chung, entered an appearance on behalf of Mr. Appalakutty and stipulated to exclude time from June 1, 2026 until the next status on July 22, 2026 for effective preparation of counsel.

Further, the ends of justice served by excluding the time from June 1, 2026, through July 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from the defendant, through counsel, to file this stipulation and proposed order.


IT IS SO STIPULATED.

DATED: June 23, 2026                          _____/s/_____
                                              MAYA KARWANDE
                                              Assistant United States Attorney


DATED: June 23, 2026                          _____/s/_____
                                              NAOMI CHUNG
                                              Counsel for SATISH APPALAKUTTY


                                    [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 1, 2026 and June 1, 2026, and for good cause shown, the Court finds that failing to exclude the time from June 1, 2026, through July 22, 2026, would unreasonably the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 1, 2026, to July 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.   Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 1, 2026, through July 22, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and the time from June 1, 2026 through July 22, 2026 shall be excluded for the purposes of Federal Rule of Criminal Procedure 5.1(c).

IT IS SO ORDERED.


DATED: _____June 23, 2026_____                *Virginia K. DeMarchi*
                                              VIRGINIA K. DEMARCHI
                                              United States Magistrate Judge